1 | Magistrate Judge Theiler

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

MAR 15 2004

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 04-141M |
| Plaintiff, | |
| v. | MOTION FOR DETENTION ORDER |
| ADAM TSOUKALAS, | |
| Defendant. | 04-MJ-00141-M |

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. § 3142(e) and (f)

1. **Eligibility of Case.** This case is eligible for a detention order because this case involves (check all that apply):

   ___ Crime of violence (18 U.S.C. § 3156).

   ___ Maximum sentence of life imprisonment or death

   ___ 10 + year drug offense

   ___ Felony, with two prior convictions in the above categories

   ___ Serious risk the defendant will flee

   ___ Serious risk of obstruction of justice

2. **Reason for Detention.** The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   ___ Defendant's appearance as required

   ___ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States (will, will not) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (check one or more):

\_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearm offense under 18 U.S.C. § 924(c)

\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

\_\_\_ Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

4. <u>Time for Detention Hearing</u>. The United States requests the Court conduct the detention hearing:

\_\_\_ At the initial appearance

__X__ After continuance of __ days (not more than 3)

5. <u>Other matters</u>.

DATED this 15th day of March, 2004.

Respectfully submitted,

JOHN McKAY
United States Attorney

_/s/ Vincent T. Lombardi_
Vincent T. Lombardi
Assistant United States Attorney

MOTION FOR DETENTION
ORDER/Tsoukalis— 2

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970